# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-mj-7007-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ESTHER A. WRIGHT,

    Defendant.

---

## ORDER VACATING TRIAL DATE

---

Due to Defendant's failure to appear (for which an arrest warrant shall issue) and her counsel's inability to locate or communicate with her, the trial in this case set for July 21, 2008, is **vacated**.

Dated at Denver, Colorado, this 14th day of July, 2008.

                            BY THE COURT:

                            s/ Michael E. Hegarty
                            Michael E. Hegarty
                            United States Magistrate Judge